UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00115-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **B. T. WRIGHT,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss Without Prejudice. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Without Prejudice (#21) is **GRANTED**, and the charges in this action against defendant B.T. Wright are **DISMISSED** without prejudice.

Signed: September 15, 2017

Max O. Cogburn Jr.
United States District Judge